# **EXHIBIT 1**



Secure Processing Center
25 Route 111, P.O. Box 1048
Smithtown, NY 11787

Toriana J Fuentes

15740

April 29, 2024

Re: Notice of Data Breach

Dear Toriana J Fuentes:

Associated Wholesale Grocers, Inc. ("AWG") is writing to inform you of a recent event that may impact the privacy of some of your information. Although at this time there is no indication that your information has been used to commit identity theft or fraud in relation to this event, we are providing you with information about the event, our response, and steps you may take to help protect your information, should you feel it necessary to do so.

**What Happened?** On or around October 6, 2023, we became aware that certain systems within our network were inaccessible. We immediately launched an investigation, with the assistance of cyber incident response specialists, to determine the full nature and scope of the activity and to restore functionality to the impacted systems. The investigation determined there was unauthorized access to AWG's network between October 6, 2023, and October 7, 2023, and that certain files and folders were viewed or taken without authorization during that time. Upon becoming aware of this information, AWG began a diligent and comprehensive review process to determine what sensitive information was contained within the impacted files, and to identify the individuals whose information may have been impacted. AWG then worked to identify appropriate contact information for the impacted individuals. Although our review is ongoing, we determined that your information may have been impacted, confirmed your address information, and are therefore notifying you of this incident.

**What Information Was Involved?** The investigation determined the following types of information related to you were present in the impacted systems: your name, Social Security number, and/or date of birth.

**What We Are Doing.** The confidentiality, privacy, and security of information within our care are among AWG's highest priorities. Upon learning of the incident, we promptly commenced an investigation and response that included confirming the security of our systems, reviewing the contents of relevant data for sensitive information, and investigating to determine the information that may be impacted. We also reported this event to federal law enforcement and government regulators. As part of our ongoing commitment to the privacy of information in our care, we are reviewing our policies, procedures and processes to reduce the likelihood of a similar future event.

As an added precaution, we are also offering you 12-months of credit monitoring and identity restoration services at no cost to you through Equifax. Details of the services offered and instructions on how to enroll are enclosed with this letter.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your credit reports for suspicious activity and to detect errors. Please review the enclosed *Steps You Can Take to Help Protect Personal Information* for useful information on what you can do to better protect against possible misuse of information. You may also enroll in the complimentary credit monitoring services we have provided for you.