# United States District Court

**-------------------------- DISTRICT OF KANSAS----------------------------**

**TORIANA PATTERSON,**

**Plaintiff,**

**v.** **Case No: 25-2221-EFM**

**ASSOCIATED WHOLESALE GROCERS, INC.,**

**Defendant(s),**

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered. IT IS ORDERED

that pursuant to the Memorandum and Order filed on February 12, 2026, Doc. 25, Defendant's Motion to Dismiss Class Action Complaint, Doc. 11, is GRANTED.

This case is closed.

_February 12, 2026______
Date

SKYLER O'HARA
CLERK OF THE DISTRICT COURT

by: _s/ Cindy McKee__________
Deputy Clerk